UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60131-CIV-UNGARO/SIMONTON
<u>CONSENT CASE</u>

DOUGLAS VERGARA, et al.,

      Plaintiffs,

v.

AM BROADBAND, LLC,

      Defendant.
_____/

<u>ORDER GRANTING MOTION FOR APPROVAL OF
SETTLEMENT AGREEMENT AND DISMISSING THIS CASE</u>

      This matter is before the Court upon the Parties' Motion for Court Approval of Settlement Agreement (DE # 73) and proposed Order Approving Settlement Agreement and Final Order of Dismissal with Prejudice (DE # 73-1). The Parties have also submitted the Confidential Settlement Agreement, Waiver and Releases for all Plaintiffs to this Court for approval.

      The undersigned has considered the Motion for Court Approval of Settlement Agreement, the proposed Order, the Confidential Settlement Agreement, Waiver and Releases, the Plaintiffs' Amended Complaint, the Defendants' Answer and Affirmative Defenses and the pertinent portions of the record, and is otherwise fully advised in the premises.

      This case involves claims for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982).

A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id*.  The district court may approve the settlement in order to promote the policy of encouraging settlements of litigation.  *Id.* at 1354.

In this case, there is a bona fide dispute over FLSA provisions, as evidenced by the claims alleged in the Complaint.  The Court finds that the compromise reached by the Parties under the Confidential Settlement Agreement, Waiver and Releases is a fair and reasonable resolution of the Parties' bona fide disputes.   Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the  Motion for Court Approval of Settlement Agreement (DE # 73) is **GRANTED** and the Confidential Settlement Agreement, Waiver and Releases are **APPROVED.**   It is further

**ORDERED AND ADJUDGED** that this matter is **DISMISSED** with prejudice.

**DONE AND ORDERED** at Miami, Florida, this 25th day of May, 2010.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record via CM/ECF